STRAUSS ET AL. *v.* UNIVERSITY OF THE STATE OF NEW YORK ET AL.

No. 610. Decided January 20, 1958.

*Alan Y. Cole* for appellants.

*Charles A. Brind, Jr.* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

TAYLOR ET AL. *v.* KENTUCKY.

No. 611. Decided January 20, 1958.

*Alexander H. Sands, Littleton M. Wickham* and *H. V. Forsyth* for appellants.

*Jo M. Ferguson,* Attorney General of Kentucky, and *William F. Simpson,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.